UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WEIGHT WATCHERS INTERNATIONAL, INC.,

        Plaintiff,

-against-

REBECCA COOPER,

        Defendant.

------------------------------------x

08 Civ. _____ (____)

[RECEIVED MAR 14 2008 U.S.D.C. S.D.N.Y. CASHIERS]

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Weight Watchers International, Inc., by and through its undersigned counsel, states that it is a publicly held corporation, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

DATED: March 14, 2008.

Respectfully submitted,

_____
Terence P. Ross  (TR-6045)

Of Counsel:
Sarah A. Wilson
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C.  20036
(202) 955-8500

Attorneys for Plaintiff Weight Watchers International, Inc.