| Attorney or Party without Attorney:<br>SARAH A. WILSON<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 CONNECTICUT AVENUE, N.W.<br>WASHINGTON, DC 20036<br>Telephone No: (202)955-8500 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>98418-00012 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT, DISTRICT OF NEW YORK

Plaintiff: WEIGHT WATCHERS INTERNATION, INC.
Defendant: REBECCA COOPER

| **AFFIDAVIT OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV02761 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

3. a. Party served:                              REBECCA COOPER

4. Address where the party was served:   23862 EL TORO ROAD, SUITE 700
                                         EL TORO, CA 92630

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Mar. 18, 2008 (2) at: 3:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                   Fee for Service:
   a. FRANK HARRIGAN
   b. NATIONWIDE LEGAL, INC.
      611 CIVIC CENTER DRIVE WEST,
      SUITE 204
      SANTA ANA, CA 92702
   c. (714)558-2400

8. *I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE
SUMMONS & COMPLAINT                (FRANK HARRIGAN)
                                                    2017722.sarwil.1586