UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
WEIGHT WATCHERS INTERNATIONAL, INC.,

        Plaintiff,

v.                                   No. 08 Civ. 02761 (LAK)

REBECCA COOPER,

        Defendant.
------------------------------------x

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for Plaintiff Weight Watchers International, Inc. and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of Plaintiff Weight Watchers International, Inc.  The undersigned is a member of this Court in good standing.

Dated: Washington, D.C.
       March 31, 2008

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By_____
                                              Terence P. Ross (TR-6045)

                                            1050 Connecticut Avenue, N.W.
                                            Washington, D.C. 20036
                                            Telephone: (202) 955-8500
                                            Facsimile: (202) 467-0539

                                            *Attorney for Plaintiff Weight Watchers*
                                            *International, Inc.*

# CERTIFICATE OF SERVICE

I certify that on this 31st day of March, 2008, I caused a true and correct copy of the Notice of Appearance to be served by postage prepaid, first class United States mail, upon:

>Peter D. Nitschke, Esq.
>Nitschke & Varricchio LLP
>23861 El Toro Road
>Suite 700
>Lake Forest, California 92630
>Phone: (949) 830-9400

_____
Terence P. Ross