# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306

(202) 955-8500

www.gibsondunn.com

May 8, 2008

```
┌──────────────────────────────────┐
│ USDS SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____/             │
│ DATE FILED: 5/9/08                │
└──────────────────────────────────┘
```



RECEIVED
MAY 09 2008
JUDGE KAPLAN'S CHAMBERS

Direct Dial
(202) 887-8664

Fax No.
(202) 467-0539

Client No.

**MEMO ENDORSED**

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, ___7/8/08___, if the settlement is not consummated by then.

SO ORDERED:

Lewis A. Kaplan
U.S.D.J.  5/9/08

VIA FACSIMILE

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
Room 1310
New York, NY 10007

Re:   *Weight Watchers Int'l. Inc. v. Cooper,* 08-cv-02761 (LAK)

Dear Judge Kaplan:

The parties to the above-captioned suit have reached a settlement and are in the process of preparing a settlement agreement. Accordingly, we respectfully ask that a 60-day conditional dismissal order be issued and that the pretrial conference scheduled for tomorrow be taken off the calendar. This letter is being faxed to chamber pursuant to permission of Mr. Andrew Mohan.

Very truly your,

Terence P. Ross
Council for Plantiff,
Weight Watchers, International, Inc.

cc:    Kurt Varricchio, Esq.
       Counsel for Defendant
       Rebecca Cooper